January 27, 1984.

470 A.2d 1038

Barto v. Barto, Appellant.

Argued October 25, 1983. Henry Miller, III, for appellant; Marjorie Fox, for appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Appeal quashed.